UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRA D. PARTHEMORE, | |
| Plaintiff, | No. C 14-5388 PJH (PR) |
| vs. | **ORDER OF TRANSFER** |
| CALIFORNIA INSTITUTE FOR MEN, | |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner. Plaintiff states that he is incarcerated at California Institute for Men where the extreme heat and cold have caused him health problems. Plaintiff also describes other problems with the prison. California Institute for Men is located in Chino, CA which lies within the venue of the United States District Court for the Central District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: February 12, 2015.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.14\Parthemore5388.trn.wpd