JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA DON PARTHEMORE, | Case No. EDCV 15-00276-AG (KES) |
| Plaintiff, | |
| vs. | JUDGMENT |
| T. PEREZ, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: February 28, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE